UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>RYAN RAYMOND JOSEPH COMERFORD,<br><br>             Defendant. | No. CR-13-145-TOR<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION AND ORDERING GPS MONITORING |

Before the Court is the United States' Motion for Reconsideration of Conditions of Release to order GPS monitoring. Defense counsel has represented to the Court he does not object to the Motion. For good cause shown,

**IT IS ORDERED** that the Motion, **ECF No. 11,** is **GRANTED.** The Defendant's release is subject to the following additional condition of release:

The Defendant shall participate in a program of GPS confinement. The Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation.

In the event the Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant.

The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

All other terms and conditions of the Court's October 7, 2013, ORDER

ORDER GRANTING PLAINTIFF'S MOTION . . . - 1

1 | SETTING CONDITIONS OF RELEASE not inconsistent herewith to remain in
2 | full force and effect.
3 |       DATED October 15, 2013.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING PLAINTIFF'S MOTION . . . - 2