# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Comerford, Ryan Raymond Joseph | Docket No. | 0980 2:13CR00145-001 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Melissa S. Hanson, pretrial services officer, presenting an official report upon the conduct of defendant, Ryan Raymond Joseph Comerford, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 7th day of October 2013, under the following conditions:

**Condition # 9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant admitted to smoking marijuana on a regular basis, with his last reported use on December 27, 2013.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 3, 2014

by   s/Melissa S. Hanson

Melissa S. Hanson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

1/7/2014

Date